**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TLH Transport, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  General Transport & Marketing, LLC**<br>**DBA  GTM Logistics**<br>**DBA  GTM** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-1872629** |

4. **Debtor's address**

**Principal place of business**

**2924 Moon Avenue**
**Eau Claire, WI 54703**
Number, Street, City, State & ZIP Code

**Eau Claire**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TLH Transport, LLC**                                          Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4841__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | **TLH Transport, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **TLH Transport, LLC**                                          Case number (*if known*)

Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **TLH Transport, LLC**                                         Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2023**
MM / DD / YYYY

**X /s/ Timothy L. Hrdlicka**                          **Timothy L. Hrdlicka**
Signature of authorized representative of debtor       Printed name

Title   **Member**

**18. Signature of attorney**

**X /s/ Joshua D. Christianson**               Date   **December 13, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Joshua D. Christianson 1060033**
Printed name

**Christianson & Freund, LLC**
Firm name

**920 S. Farwell Street, Ste. 1800**
**P.O. Box 222**
**Eau Claire, WI 54702-0222**
Number, Street, City, State & ZIP Code

Contact phone   **715.832.1800**      Email address   **lawfirm@cf.legal**

**1060033 WI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **TLH Transport, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 13, 2023**          X /s/ **Timothy L. Hrdlicka**
                                                Signature of individual signing on behalf of debtor

                                                **Timothy L. Hrdlicka**
                                                Printed name

                                                **Member**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TLH Transport, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acuity Attn: Pres,Prtnr,Mmbr 2800 S. Taylor Dr. Sheboygan, WI 53081** | | **Eau Claire County jmt against General Transport & Mktg LLC, case no. 23CV116** | | | | $17,005.92 |
| **Bluevine Attn: Pres,Prtnr,Mmbr 30 Montgomery St. Hoboken, NJ 07030** | | **GTM account** | | | | $11,952.00 |
| **Business Backer Attn: Pres,Prtnr,Mmbr 10856 Reed Hartman Hwy, Ste. 100 Cincinnati, OH 45242** | | **GTM account, Montgomery County Ohio case no. 22CV04941** | | | | $53,454.00 |
| **Cesspool Cleaner Company Attn: Pres,Prtnr,Mmbr 3153 118th St. Chippewa Falls, WI 54729** | | **services for General Transportation** | | | | $2,738.77 |
| **CNS Transfer & Service LLC Attn: Pres,Prtnr,Mmbr 20 Grand Ave. Neillsville, WI 54456** | | **Chippewa County jmt againt General Transport & Mktg LLC, case no. 23SC226** | | | | $1,866.13 |
| **Extreme Clean Mobile Washing LLC Attn: Pres,Prtnr,Mmbr 7150 Walnut Road Eau Claire, WI 54701** | | **GTM services** | | | | $7,850.00 |

Debtor  **TLH Transport, LLC**                                              Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fincoast Capital LLC Attn: Pres,Prtnr,Mmbr 16850 Collins Ave., Ste. 112616 North Miami Beach, FL 33160** | | **GTM account, Kings County, NY jmt UCCs #20221027000070-9 & #20221006000318-3** | | | | $81,127.00 |
| **Fleet One Holdings LLC Attn: Pres,Prtnr,Mmbraddress please P.O. Box 630038 Cincinnati, OH 45263** | | **GTM services** | | | | $27,162.40 |
| **FMCSA Midwestern Service Center 4749 Lincoln Mall Drive, Ste 300a Matteson, IL 60443** | | **GTM settlement** | | | | $18,333.00 |
| **Fundbox Attn: Pres,Prtnr,Mmbr 300 Montgomery St. Ste. 900 San Francisco, CA 94104** | | **loan** | | | | $54,318.00 |
| **Hatch Agency Inc. Attn: Pres,Prtnr,Mmbr P.O. Box 1861 Minnetonka, MN 55345** | | **General Transport & Mktg LLC insurance** | | | | $111,487.32 |
| **Headway Capital Attn: Pres,Prtnr,Mmbr 175 W. Jackson Blvd., Ste. 1000 Chicago, IL 60604** | | **GTM Settlement Agreement** | | | | $26,689.72 |
| **Herrick & Hart Attn: Pres,Prtnr,Mmbr 116 W. Grand P.O. Box 167 Eau Claire, WI 54703** | | **GTM legal services** | | | | $3,087.80 |

Debtor  **TLH Transport, LLC**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hixton Travel Plaza LLC**<br>**Attn:**<br>**Pres,Prtnr,Mmbr**<br>**151 Interstate Road N**<br>**Hixton, WI 54635** | | **Jackson County jmt, case no. 23CV63, against GTM** | | | | **$142,531.76** |
| **Illinois Tollway**<br>**Attn:**<br>**Pres,Prtnr,Mmbr**<br>**2700 Ogden Ave.**<br>**Downers Grove, IL 60515** | | **General Transport & Mktg LLC debt for tollway/tollroad** | | | | **$20,000.00** |
| **Knightsbridge**<br>**c/o Atty. Todd Zuckerbrod**<br>**40 SE 5th St., Ste. 400**<br>**Boca Raton, FL 33432** | | **loan and New York County, NY, lawsuit.** | | | | **$87,507.42** |
| **Kwik Trip Inc.**<br>**Attn:**<br>**Pres,Prtnr,Mmbr**<br>**1626 Oak St.**<br>**P.O. Box 1597**<br>**La Crosse, WI 54602-1597** | | **GTM account** | | | | **$10,604.76** |
| **Nuss Trucking Group Inc.**<br>**Attn:**<br>**Pres,Prtnr,Mmbr**<br>**6111 Truax Lane**<br>**Eau Claire, WI 54703** | | **Eau Claire County jmt against General Transport & Mktg LLC, case no. 22SC765** | | | | **$9,120.55** |
| **Surfside Capital**<br>**Attn:**<br>**Pres,Prtnr,Mmbr**<br>**1219 Kane Concourse #201**<br>**Miami Beach, FL 33154** | | **Jmt against GTM, Kings County, NY UCC #20221111000027-5, filed 11-11-2022 against GTM** | | | | **$14,897.00** |
| **USDOT/Federal MOtor Carrior Safety Admin**<br>**Attn: Steven B. Garbman, Adjud. Counsel**<br>**6th Fl, West Bldg, MC-CC, Rm W63-403**<br>**1200 New Jersey Ave, SE**<br>**Washington, DC 20590** | | **settlement agreement** | | | | **$16,534.00** |

**Fill in this information to identify the case:**

Debtor name      **TLH Transport, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................    $ _____29,185.60

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    $ _____29,185.60

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____722,503.42

4.    **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b
   $ _____722,503.42

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **TLH Transport, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank**<br>**General Transport & Marketing LLC**<br>**account** | **savings** | **7177** | $316.91 |
| 3.2. | **US Bank**<br>**General Transport & Marketing LLC**<br>**account**<br>**$-24.79 balance** | **checking** | **6882** | $0.00 |
| 3.3. | **Wells Fargo**<br>**General Transport & Marketing LLC**<br>**account** | **checking** | **0907** | $606.90 |
| 3.4. | **Wells Fargo**<br>**General Transport & Marketing LLC**<br>**account** | **checking** | **1550** | $10.65 |
| 3.5. | **Wells Fargo**<br>**General Transport & Marketing LLC**<br>**account** | **checking** | **3665** | $19.09 |
| 3.6. | **Wells Fargo**<br>**General Transport & Marketing LLC**<br>**account** | **checking** | **1984** | $12.14 |

Debtor    **TLH Transport, LLC**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Nicolet Bank**<br>**General Transport & Marketing LLC**<br>**account** | **checking** | **8367** | **$6.92** |
| 3.8. | **PNC**<br>**General Transport & Marketing LLC**<br>**account**<br>**$-306.24** | **checking** | **8657** | **$0.00** |
| 3.9. | **Nicolet Bank**<br>**General Transport & Marketing LLC**<br>**account** | **Commercial LOC** | **7975** | **$1,995.36** |
| 3.10. | **Bremer Bank** | **checking** | **0899** | **$11,843.52** |
| 3.11. | **Nicolet Bank** | **checking** | **8416** | **$14,374.11** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                               | **$29,185.60** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **TLH Transport, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claim against Wells Fargo for withdrawals from accounts without authorization.** | **Unknown** |
|        **Nature of claim** | |
|        **Amount requested**           **$0.00** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor    **TLH Transport, LLC**                                                    Case number *(If known)* _____
_____
Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                        | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **TLH Transport, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,185.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,185.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,185.60 |

**Fill in this information to identify the case:**

Debtor name    **TLH Transport, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Charter Bank**<br>Creditor's Name<br><br>**Attn: Pres,Prtnr,Mmbr**<br>**1010 W. Clairemont Avenue**<br>**P.O. Box 1146**<br>**Eau Claire, WI 54701**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets**<br>**UCC 20210408000347-3** | **$0.00** | **$0.00** |

**2.1 Charter Bank**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**1010 W. Clairemont Avenue**
**P.O. Box 1146**
**Eau Claire, WI 54701**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**
**UCC 20210408000347-3**

Column A: **$0.00**  Column B: **$0.00**

Creditor's email address, if known

**Date debt was incurred**
**4-8-2021**

**Last 4 digits of account number**
**UCC**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Blanket Security Agreement w/GTM**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Corporation Service Company**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**UCCSPREP@cscinfo.com**
Creditor's email address, if known

**Date debt was incurred**
**7-29-2022 & 10-28-2022 &**
**7-18-2022**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All receivables and assets**
**UCCs #20220729000300-1 &**
**20221028000291-9 & #20220718000363-4**

**Describe the lien**
**Blanket Security Agreement w/GTM**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$0.00**  Column B: **$0.00**

---

Debtor   **TLH Transport, LLC**
_____                    Case number (if known) _____
Name

## UCCs

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **US Small Business Administration** | | |

Creditor's Name

**2 North St., Ste. 320
Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7-11-2020**

**Last 4 digits of account number**

**UCC**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $0.00        $0.00

**All of debtor's assets
UCC 20200711000364-2**

**Describe the lien**

**Blanket Security Agreement w/GTM**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**TLH Transport, LLC**__

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,005.92** |
|---|---|---|---|
| | **Acuity** <br> **Attn: Pres,Prtnr,Mmbr** <br> **2800 S. Taylor Dr.** <br> **Sheboygan, WI 53081** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ent'd 5-2-23, docketed 5-8-2023__ | Basis for the claim: __Eau Claire County jmt against General Transport & Mktg LLC, case no. 23CV116__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,373.12** |
|---|---|---|---|
| | **American Marketing & Publishing LLC** <br> **Attn: Pres,Prtnr,Mmbr** <br> **915 E. Lincoln Hwy** <br> **DeKalb, IL 60115** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __GTM account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,952.00** |
|---|---|---|---|
| | **Bluevine** <br> **Attn: Pres,Prtnr,Mmbr** <br> **30 Montgomery St.** <br> **Hoboken, NJ 07030** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __GTM account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,454.00** |
|---|---|---|---|
| | **Business Backer** <br> **Attn: Pres,Prtnr,Mmbr** <br> **10856 Reed Hartman Hwy, Ste. 100** <br> **Cincinnati, OH 45242** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __2022__ | Basis for the claim: __GTM account, Montgomery County Ohio case no. 22CV04941__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **TLH Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,738.77 |

**Cesspool Cleaner Company**
Attn: Pres,Prtnr,Mmbr
3153 118th St.
Chippewa Falls, WI 54729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **services for General Transportation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.13 |

**CNS Transfer & Service LLC**
Attn: Pres,Prtnr,Mmbr
20 Grand Ave.
Neillsville, WI 54456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **ent'd & docketed 4-24-2023**

Basis for the claim:  **Chippewa County jmt againt General Transport & Mktg LLC, case no. 23SC226**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Corporation Services Company**
Attn: Pres,Prtnr,Mmbr
P.O. Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-29-2022**

Basis for the claim:  **UCC 20220729000300-1, 20221028000291-9, 20220718000363-4**

Last 4 digits of account number  **UCCs**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.74 |

**Eau Claire Truck & Trailer**
Attn: Pres,Prtnr,Mmbr
7918 Partridge Road
Eau Claire, WI 54703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:  **GTM services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,850.00 |

**Extreme Clean Mobile Washing LLC**
Attn: Pres,Prtnr,Mmbr
7150 Walnut Road
Eau Claire, WI 54701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **GTM services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,127.00 |

**Fincoast Capital LLC**
Attn: Pres,Prtnr,Mmbr
16850 Collins Ave., Ste. 112616
North Miami Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UCC filed 10-27-2022 & 10-6-2022**

Basis for the claim:  **GTM account, Kings County, NY jmt UCCs #20221027000070-9 & #20221006000318-3**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,162.40 |

**Fleet One Holdings LLC**
Attn: Pres,Prtnr,Mmbraddress please
P.O. Box 630038
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GTM services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TLH Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,333.00**

**FMCSA**
**Midwestern Service Center**
**4749 Lincoln Mall Drive, Ste 300a**
**Matteson, IL 60443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **GTM settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,318.00**

**Fundbox**
**Attn: Pres,Prtnr,Mmbr**
**300 Montgomery St. Ste. 900**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **loan**

Last 4 digits of account number  **GTM**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Harold, Salant, Strassfield & Rotbard**
**Attn: Pres,Prtnr,Mmbr**
**81 Main St., Ste. 205**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **GTM debt**
**\*Disputed because debtor believes the balance is zero.**

Last 4 digits of account number  **GTM**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$111,487.32**

**Hatch Agency Inc.**
**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 1861**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **General Transport & Mktg LLC insurance**

Last 4 digits of account number  **4689**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,689.72**

**Headway Capital**
**Attn: Pres,Prtnr,Mmbr**
**175 W. Jackson Blvd., Ste. 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-10-2023**

**Basis for the claim:**  **GTM Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,087.80**

**Herrick & Hart**
**Attn: Pres,Prtnr,Mmbr**
**116 W. Grand**
**P.O. Box 167**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **GTM legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$142,531.76**

**Hixton Travel Plaza LLC**
**Attn: Pres,Prtnr,Mmbr**
**151 Interstate Road N**
**Hixton, WI 54635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **ent'd & docketed 8-11-2023**

**Basis for the claim:**  **Jackson County jmt, case no. 23CV63, against GTM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **TLH Transport, LLC**                                              Case number (if known) _____
     Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |

**Illinois Tollway**
**Attn: Pres,Prtnr,Mmbr**
**2700 Ogden Ave.**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-2023**

**Basis for the claim:** **General Transport & Mktg LLC debt for tollway/tollroad**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$638.22** |

**JJ Keller & Assoc.**
**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 6609**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **GTM services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,507.42** |

**Knightsbridge**
**c/o Atty. Todd Zuckerbrod**
**40 SE 5th St., Ste. 400**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **suit filed 11-22-2023**

**Basis for the claim:** **loan and New York County, NY, lawsuit.**

Last 4 digits of account number **GTM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,604.76** |

**Kwik Trip Inc.**
**Attn: Pres,Prtnr,Mmbr**
**1626 Oak St.**
**P.O. Box 1597**
**La Crosse, WI 54602-1597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **GTM account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226.87** |

**Linde Gas & Equipment Inc.**
**Attn: Pres,Prtnr,Mmbr**
**10890 16th Ave. N**
**Chippewa Falls, WI 54729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **GTM services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,120.55** |

**Nuss Trucking Group Inc.**
**Attn: Pres,Prtnr,Mmbr**
**6111 Truax Lane**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **ent'd 5-31-23, docketed 6-1-2023**

**Basis for the claim:** **Eau Claire County jmt against General Transport & Mktg LLC, case no. 22SC765**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.63** |

**Premium Waters, Inc.**
**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 9128**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **water service for GTM**

Last 4 digits of account number **2260**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TLH Transport, LLC** | Case number (if known) | |
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.50**

**Rock County District Attorney**
**51 S Main St**
**Janesville, WI 53545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **jmt ent'd 8-8-2023**

Last 4 digits of account number _

Basis for the claim:   **State of WI v. TLH Transport LLC, Rock County case no. 23TR7245**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,897.00**

**Surfside Capital**
**Attn: Pres,Prtnr,Mmbr**
**1219 Kane Concourse #201**
**Miami Beach, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **6-22-2023**

Last 4 digits of account number _

Basis for the claim:   **Jmt against GTM, Kings County, NY UCC #20221111000027-5, filed 11-11-2022 against GTM**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.79**

**US Bank**
**Attn: Pres,Prtnr,Mmbr**
**131 So. Barstow**
**Eau Claire, WI 54701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2023**

Last 4 digits of account number   **6882**

Basis for the claim:   **overdraft for GTM**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,534.00**

**USDOT/Federal MOtor Carrier Safety Admin**
**Attn: Steven B. Garbman, Adjud. Counsel**
**6th Fl, West Bldg, MC-CC, Rm W63-403**
**1200 New Jersey Ave, SE**
**Washington, DC 20590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2023**

Last 4 digits of account number   **4214**

Basis for the claim:   **settlement agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| **4.1** | **American Accounts & Advisers Inc**<br>**for Premium Waters**<br>**7460 80th St. S**<br>**Cottage Grove, MN 55016** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| **4.2** | **Brennan & Clark**<br>**for American Marketing & Publishing**<br>**721 E. Madison St.**<br>**Villa Park, IL 60181** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| **4.3** | **Commercial Collections of America**<br>**for Bluevine**<br>**377 W. Louise Ave.**<br>**Manteca, CA 95336** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **TLH Transport, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.4** **Corporation Service Company (Surfside)** <br> **PO Box 2576** <br> **Springfield, IL 62708** | Line **3.27** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.5** **Federal Motor Carrier Safety Admin** <br> **Midwest Service Center** <br> **4749 Lincoln Mall Dr. Ste. 300A** <br> **Matteson, IL 60443-3806** | Line **3.29** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.6** **GGR** <br> **for Fleet One** <br> **P.O. Box 571811** <br> **Houston, TX 77257-1811** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.7** **GGR** <br> **for Kwik Trip** <br> **P.O. Box 571811** <br> **Houston, TX 77257-1811** | Line **3.22** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.8** **Attorney Patricia Hill** <br> **for Business Backer** <br> **7570 Bales St., Ste. 220** <br> **West Chester, OH 45069** | Line **3.4** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.9** **Kohner, Mann & Kailas** <br> **for Acuity** <br> **Washington Bldg. Barnabas Bus. Ctr.** <br> **4650 N. Port Washington Rd, 2nd Fl North** <br> **Milwaukee, WI 53212-1059** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.10** **Law Office of Steven Zakharyayev** <br> **for Fincoast Capital** <br> **10 W 37th St., Rm. 602** <br> **New York, NY 10018** | Line **3.10** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.11** **Atty. Douglas F. Mann** <br> **Supplementary Receiver (Nuss)** <br> **2645 No. Mayfair Rd., Ste. 210** <br> **Associated Bank Bldg.** <br> **Milwaukee, WI 53226** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.12** **Attorney Mark Radcliffe** <br> **for Hixton Travel Plaza** <br> **107 Main St.** <br> **Black River Falls, WI 54615** | Line **3.18** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.13** **Saturn Systems** <br> **for Cesspool** <br> **633 Rustlers Rd.** <br> **Bailey, CO 80421** | Line **3.5** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.14** **Schechter Law Office** <br> **for Surfside Capital** <br> **315 Avenue U** <br> **Brooklyn, NY 11223** | Line **3.27** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.15** **Steven Stolper** <br> **Atty for Nuss Trucking Group** <br> **740 N. Plankinton Avenue - #336** <br> **Milwaukee, WI 53203** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |

| Debtor | **TLH Transport, LLC** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **TSI**<br>**for JJ Keller & Assoc.**<br>**P.O. Box 17221**<br>**Wilmington, DE 19850** | Line  **3.20**<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $                    **0.00** |
| 5b. Total claims from Part 2 | | 5b.  + | $              **722,503.42** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $              **722,503.42** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TLH Transport, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **business rent for GTM** |
| State the term remaining | |
| List the contract number of any government contract | Dan Goss<br>651 McClaflin Ave.<br>Eau Claire, WI 54701 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease w/GTM** |
| State the term remaining | **2-28-2024** |
| List the contract number of any government contract | Timothy L. Hrdlicka<br>2924 Moon Avenue<br>Eau Claire, WI 54703 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Uniform services w/GTM** |
| State the term remaining | |
| List the contract number of any government contract | Huebsch Services<br>P.O. Box 904<br>Eau Claire, WI 54702 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for help with creditors.** |
| State the term remaining | |
| List the contract number of any government contract | Ignite BA Group<br>Attn: Pres,Prtnr,Mmbr<br>2975 S. Rainbow Blvd. Ste. E4<br>Las Vegas, NV 89146 |

Debtor 1    **TLH Transport, LLC**
　　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number *(if known)*

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.　State what the contract or lease is for and the nature of the debtor's interest

**Garbage service w/GTM**

　　　State the term remaining

　　List the contract number of any government contract

**Waste Management
Attn: Pres,Prtnr,Mmbr
11888 30th Avenue
Chippewa Falls, WI 54729**

**Fill in this information to identify the case:**

Debtor name **TLH Transport, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **General Transport & Marketing LLC** | **2924 Moon Avenue Eau Claire, WI 54703** | **Surfside Capital** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.2 | **General Transport & Marketing LLC** | **2924 Moon Avenue Eau Claire, WI 54703** | **Fincoast Capital LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.3 | **General Transport & Marketing LLC** | **2924 Moon Avenue Eau Claire, WI 54703** | **Charter Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **General Transport & Marketing LLC** | **2924 Moon Avenue Eau Claire, WI 54703** | **Corporation Services Company** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.5 | **General Transport & Marketing LLC** | **2924 Moon Avenue Eau Claire, WI 54703** | **US Small Business Administration** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **TLH Transport, LLC** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.6 | **Timothy Hrdlicka** | **2924 Moon Avenue**<br>**Eau Claire, WI 54703** | **Fincoast Capital LLC** | ☐ D _____<br>■ E/F  __3.10__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name       **TLH Transport, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

    ■ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

12/13/23  6:51PM

| Debtor | **TLH Transport, LLC** | | | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **State of WI v. Tlh (sic) Transport LLC**<br>**23TR7245** | **Traffic** | **Rock County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Nuss Trucking Group Inc.v. GTM**<br>**22SC765** | Money Judgment | Eau Claire County Circuit Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

| Debtor | **TLH Transport, LLC** | Case number *(if known)* | |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ignite Business Acceleration Group** **Attn: Pres,Prtnr,Mmbr** **2975 S Rainbow Ste. E4** **Las Vegas, NV 89146** | | **5-23-2023 through 7-31-2023** | **$19,499.97** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **TLH Transport, LLC** _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.2. | **US Bank** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **TLH Transport, LLC**                                           Case number *(if known)*

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **General Transport & Marketing LLC**<br>**2924 Moon Avenue**<br>**Eau Claire, WI 54703** | **Transportation / Brokerage** | EIN:  **30-0571315**<br><br>From-To  **07-2009 to 03-2023** |

26. **Books, records, and financial statements**

Debtor  **TLH Transport, LLC**                                              Case number *(if known)*

---

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Clifton Larson Allen LLP** **Attn: Pres,Prtnr,Mmbr** **3402 Oakwood Mall Dr. Ste. 100** **Eau Claire, WI 54701** | **2021-2023** |
| 26a.2. **Chippewa Valley Business Svcs.** **1750 Hallie Rd.** **Chippewa Falls, WI 54729** | **2023 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **See #26a.** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Fincoast Capital LLC** **Attn: Pres,Prtnr,Mmbr** **16850 Collins Ave., Ste. 112616** **North Miami Beach, FL 33160** |
| 26d.2. **Fundbox** |
| 26d.3. **Headway Capital** **Attn: Pres,Prtnr,Mmbr** **175 W. Jackson Blvd., Ste. 1000** **Chicago, IL 60604** |
| 26d.4. **Surfside Capital** **Attn: Pres,Prtnr,Mmbr** **1219 Kane Concourse #201** **Miami Beach, FL 33154** |
| 26d.5. **Knightsbridge** |
| 26d.6. **Bluevine** **Attn: Pres,Prtnr,Mmbr** **30 Montgomery St.** **Hoboken, NJ 07030** |

---

Debtor    **TLH Transport, LLC** _____    Case number *(if known)* _____

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy L. Hrdlicka | 2924 Moon Avenue<br>Eau Claire, WI 54703 | Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **TLH Transport, LLC**                                        Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2023**

**/s/ Timothy L. Hrdlicka**                          **Timothy L. Hrdlicka**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

.

Attorney General
10th Street & Constitution Ave NW
Washington, DC 20530

DNR
State of Wisconsin
Box 7921
Madison, WI 53707

DWD-UI
Collections Section
P.O. Box 8914
Madison, WI 53708-8914

IRS (USA)
P.O. Box 7346
Philadelphia, PA 19101-7346

Chex Systems, Inc
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260-1619

Experian
P.O. Box 4500
Allen, TX 75013

Equifax Credit Information Srvcs
P.O. Box 740241
Atlanta, GA 30374

TransUnion Cons. Solutions
P.O. Box 2000
Chester, PA 19022-2000

U.S. Attorney's Office
222 West Washington Ave., Ste. 700
Madison, WI 53703

Attorney General, State of WI
14 E. Capitol
PO Box 7857
Madison, WI 53707-7857

WI Dept of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Acuity
Attn: Pres,Prtnr,Mmbr
2800 S. Taylor Dr.
Sheboygan, WI 53081

American Accounts & Advisers Inc
for Premium Waters
7460 80th St. S
Cottage Grove, MN 55016

American Marketing & Publishing LLC
Attn: Pres,Prtnr,Mmbr
915 E. Lincoln Hwy
DeKalb, IL 60115

Bluevine
Attn: Pres,Prtnr,Mmbr
30 Montgomery St.
Hoboken, NJ 07030

Brennan & Clark
for American Marketing & Publishing
721 E. Madison St.
Villa Park, IL 60181

Business Backer
Attn: Pres,Prtnr,Mmbr
10856 Reed Hartman Hwy, Ste. 100
Cincinnati, OH 45242

Cesspool Cleaner Company
Attn: Pres,Prtnr,Mmbr
3153 118th St.
Chippewa Falls, WI 54729

Charter Bank
Attn: Pres,Prtnr,Mmbr
1010 W. Clairemont Avenue
P.O. Box 1146
Eau Claire, WI 54701

CNS Transfer & Service LLC
Attn: Pres,Prtnr,Mmbr
20 Grand Ave.
Neillsville, WI 54456

Commercial Collections of America
for Bluevine
377 W. Louise Ave.
Manteca, CA 95336

Corporation Service Company
Attn: Pres,Prtnr,Mmbr
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company (Surfside)
PO Box 2576
Springfield, IL 62708

Corporation Services Company
Attn: Pres,Prtnr,Mmbr
P.O. Box 2576
Springfield, IL 62708

Eau Claire Truck & Trailer
Attn: Pres,Prtnr,Mmbr
7918 Partridge Road
Eau Claire, WI 54703

Extreme Clean Mobile Washing LLC
Attn: Pres,Prtnr,Mmbr
7150 Walnut Road
Eau Claire, WI 54701

Federal Motor Carrier Safety Admin
Midwest Service Center
4749 Lincoln Mall Dr. Ste. 300A
Matteson, IL 60443-3806

Fincoast Capital LLC
Attn: Pres,Prtnr,Mmbr
16850 Collins Ave., Ste. 112616
North Miami Beach, FL 33160

Fleet One Holdings LLC
Attn: Pres,Prtnr,Mmbraddress please
P.O. Box 630038
Cincinnati, OH 45263

FMCSA
Midwestern Service Center
4749 Lincoln Mall Drive, Ste 300a
Matteson, IL 60443

Fundbox
Attn: Pres,Prtnr,Mmbr
300 Montgomery St. Ste. 900
San Francisco, CA 94104

General Transport & Marketing LLC
2924 Moon Avenue
Eau Claire, WI 54703

GGR
for Fleet One
P.O. Box 571811
Houston, TX 77257-1811

GGR
for Kwik Trip
P.O. Box 571811
Houston, TX 77257-1811

Dan Goss
651 McClaflin Ave.
Eau Claire, WI 54701

Harold, Salant, Strassfield & Rotbard
Attn: Pres,Prtnr,Mmbr
81 Main St., Ste. 205
White Plains, NY 10601

Hatch Agency Inc.
Attn: Pres,Prtnr,Mmbr
P.O. Box 1861
Minnetonka, MN 55345

Headway Capital
Attn: Pres,Prtnr,Mmbr
175 W. Jackson Blvd., Ste. 1000
Chicago, IL 60604

Herrick & Hart
Attn: Pres,Prtnr,Mmbr
116 W. Grand
P.O. Box 167
Eau Claire, WI 54703

Attorney Patricia Hill
for Business Backer
7570 Bales St., Ste. 220
West Chester, OH 45069

Hixton Travel Plaza LLC
Attn: Pres,Prtnr,Mmbr
151 Interstate Road N
Hixton, WI 54635

Timothy Hrdlicka
2924 Moon Avenue
Eau Claire, WI 54703

Timothy L. Hrdlicka
2924 Moon Avenue
Eau Claire, WI 54703

Huebsch Services
P.O. Box 904
Eau Claire, WI 54702

Ignite BA Group
Attn: Pres,Prtnr,Mmbr
2975 S. Rainbow Blvd. Ste. E4
Las Vegas, NV 89146

Illinois Tollway
Attn: Pres,Prtnr,Mmbr
2700 Ogden Ave.
Downers Grove, IL 60515

JJ Keller & Assoc.
Attn: Pres,Prtnr,Mmbr
P.O. Box 6609
Carol Stream, IL 60197

Knightsbridge
c/o Atty. Todd Zuckerbrod
40 SE 5th St., Ste. 400
Boca Raton, FL 33432

Kohner, Mann & Kailas
for Acuity
Washington Bldg. Barnabas Bus. Ctr.
4650 N. Port Washington Rd, 2nd Fl North
Milwaukee, WI 53212-1059

Kwik Trip Inc.
Attn: Pres,Prtnr,Mmbr
1626 Oak St.
P.O. Box 1597
La Crosse, WI 54602-1597

Law Office of Steven Zakharyayev
for Fincoast Capital
10 W 37th St., Rm. 602
New York, NY 10018

Linde Gas & Equipment Inc.
Attn: Pres,Prtnr,Mmbr
10890 16th Ave. N
Chippewa Falls, WI 54729

Atty. Douglas F. Mann
Supplementary Receiver (Nuss)
2645 No. Mayfair Rd., Ste. 210
Associated Bank Bldg.
Milwaukee, WI 53226

Nuss Trucking Group Inc.
Attn: Pres,Prtnr,Mmbr
6111 Truax Lane
Eau Claire, WI 54703

Premium Waters, Inc.
Attn: Pres,Prtnr,Mmbr
P.O. Box 9128
Minneapolis, MN 55480

Attorney Mark Radcliffe
for Hixton Travel Plaza
107 Main St.
Black River Falls, WI 54615

Rock County District Attorney
51 S Main St
Janesville, WI 53545

Saturn Systems
for Cesspool
633 Rustlers Rd.
Bailey, CO 80421

Schechter Law Office
for Surfside Capital
315 Avenue U
Brooklyn, NY 11223

Steven Stolper
Atty for Nuss Trucking Group
740 N. Plankinton Avenue - #336
Milwaukee, WI 53203

Surfside Capital
Attn: Pres,Prtnr,Mmbr
1219 Kane Concourse #201
Miami Beach, FL 33154

TSI
for JJ Keller & Assoc.
P.O. Box 17221
Wilmington, DE 19850

US Bank
Attn: Pres,Prtnr,Mmbr
131 So. Barstow
Eau Claire, WI 54701

US Small Business Administration
2 North St., Ste. 320
Birmingham, AL 35203

USDOT/Federal MOtor Carrier Safety Admin
Attn: Steven B. Garbman, Adjud. Counsel
6th Fl, West Bldg, MC-CC, Rm W63-403
1200 New Jersey Ave, SE
Washington, DC 20590

Waste Management
Attn: Pres,Prtnr,Mmbr
11888 30th Avenue
Chippewa Falls, WI 54729

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **TLH Transport, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 13, 2023**

Signature   **/s/ Timothy L. Hrdlicka**

**Timothy L. Hrdlicka**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **TLH Transport, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter  **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____    $  _____

Prior to the filing of this statement I have received _____    $  _____

Balance Due _____    $  _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____    $  **20,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____    $  **340.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐  Debtor      ■  Other (specify):    **This is the same deposit as the deposit in the Timothy Louis Hrdlicka case filed
in the Western District of WI on 12-13-2023.**

3.  The source of compensation to be paid to me is:

■  Debtor      ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
522(f)(2)(A) for avoidance of liens on household goods.**

**The above fee disclosed is a total amount paid to trust.  It includes advanced costs where appropriate, such as
filing fees or lien searches.  It is not a flat fee, and C&F will require debtor(s) to sign a post-petition fee agreement
to continue representation.  Additional amounts may be due under the post-petition fee agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
any other adversary proceeding.**

In re    **TLH Transport, LLC** _____    Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| **December 13, 2023** | **/s/ Joshua D. Christianson** |
| _Date_ | **Joshua D. Christianson 1060033** |
| | _Signature of Attorney_ |
| | **Christianson & Freund, LLC** |
| | **920 S. Farwell Street, Ste. 1800** |
| | **P.O.  Box 222** |
| | **Eau Claire, WI 54702-0222** |
| | **715.832.1800** |
| | **lawfirm@cf.legal** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Western District of Wisconsin

In re   <u>**TLH Transport, LLC**</u>

Debtor(s)

Case No. _____

Chapter   <u>**11**</u>

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**TLH Transport, LLC**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**December 13, 2023**</u>

Date

**/s/ Joshua D. Christianson**

**Joshua D. Christianson 1060033**

Signature of Attorney or Litigant

Counsel for   **TLH Transport, LLC**

**Christianson & Freund, LLC**

**920 S. Farwell Street, Ste. 1800**
**P.O.  Box 222**
**Eau Claire, WI 54702-0222**
**715.832.1800**
**lawfirm@cf.legal**